**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01056-PAB-NRN

NICHOLAS JASON HALL,

    Plaintiff,

v.

MATT ELBE,

    Defendant.

---

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

---

Pursuant to D.C.Colo.LAttyR 5(b), Kathryn A. Starnella of Wells, Anderson & Race, LLC, respectfully moves the Court for an Order permitting her immediate withdrawal as counsel of record for Defendant Matt Elbe. In support thereof, she states as follows:

1. Good cause exists for this Motion, as Ms. Starnella will be leaving the firm of Wells, Anderson & Race, LLC, as of April 13, 2022.

2. Additionally, Defendant Matt Elbe will continue to be represented by William T. O'Connell and Saugat K. Thapa of Wells, Anderson & Race, LLC, who have entered their respective appearances [Docs. ##45, 138]. Mr. O'Connell and Mr. Thapa are experienced attorneys with the requisite skills to fully represent the interests of the Defendant.

3. William T. O'Connell and Saugat K. Thapa are fully aware of all pending deadlines in the above-captioned matter.

4. No party will be prejudiced by the granting of the relief sought herein. This motion is not made to delay the resolution of this matter or for any other improper purpose.

WHEREFORE, for the reasons listed above, Kathryn A. Starnella respectfully moves this Honorable Court for its Order permitting her immediate withdrawal as counsel for Defendant Matt Elbe.

Dated this 12th day of April, 2022.

Respectfully submitted,

*s/ Kathryn A. Starnella*
Kathryn A. Starnella
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
T: 303-830-1212
Email: kstarnella@warllc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of April, 2022, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** was electronically filed with the Clerk of Court via CM/ECF, which shall cause electronic service upon the following:

Mark Gibson, Esq.
Clara C. Troyer, Esq.
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO  80202
mark.gibson@hoganlovells.com
clara.troyer@hoganlovells.com
*Court-Appointed Counsel for Plaintiff*

      and provided to Defendant Matt Elbe.

                                                  */s/Joan Hoover*
                                                  Joan Hoover, Legal Assistant